United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OSCAR RAMOS,

Plaintiff,

v.

EL TAZUMAL NO. 1 INC., et al.,

Defendants.

Case No. 26-cv-04114-TLT

**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO TIMELY SERVE DEFENDANTS**

Re: Dkt. Nos. 1, 7

On May 5, 2026, Oscar Ramos ("Plaintiff") commenced this action against El Tazumal No. 1 Inc., individually and dba El Tazumal Restaurant, Tiffany Le, Buu T. Du, and Does 1 to 50 inclusive (collectively, "Defendants"). ECF 1. A summons was issued as to all named Defendants on May 21, 2026. ECF 3. A case management conference is scheduled for October 1, 2026, at 2:00 p.m., and the parties' joint case management statement is due no later than September 24, 2026. ECF 7. Plaintiff has not provided any indication that Defendants were ever timely served under Federal Rule of Procedure 4(m).

Accordingly, the Court will give Plaintiff an opportunity to show cause why this case should not be dismissed under Federal Rule of Civil Procedure 4(m) for failure to timely serve Defendants within 90 days after the Complaint was filed. *Crowley v. Bannister*, 734 F.3d 967, 975-76 (9th Cir. 2013). In the response, Plaintiff should address: (1) whether Defendants ever were served, and if so, must file proof of service; (2) whether there is good cause for any failure to timely serve Defendants; and (3) whether Plaintiff is seeking an extension of the deadline to effect service. Plaintiff's response to the order to show cause is due no later than **August 31, 2026**.

If the Court does not receive a response by **August 31, 2026**, this case will be dismissed without prejudice *sua sponte* for failure to timely serve Defendant under Rule 4(m). The Court

United States District Court
Northern District of California

further notes that Plaintiff should make every effort to serve Defendants in a timely manner so that the parties will be able to submit a joint case management statement by **September 24, 2026**, in advance of the **October 1, 2026** case management conference. To the extent that any outstanding issues regarding this order to show cause remain, the matter will be heard on **October 1, 2026** as part of the case management conference.

IT IS SO ORDERED.

Dated: August 24, 2026

TRINA L. THOMPSON
United States District Judge